UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MELANIE and MATTHEW NELSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DYNAMIC COLLECTORS, INC. and<br>VIRGINIA MASON FRANCISCAN HEALTH,<br><br>　　　　Defendants. | Case No. 2:25-cv-00097<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

PLEASE TAKE NOTICE THAT defendant Dynamic Collectors, Inc. ("Dynamic") hereby removes to this Court the state court action described below.

1.　This is a civil action over which the Court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367, because it involves claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and transactionally related state law claims.

2.　As an initial matter, venue is proper in the Western District of Washington, Seattle Division, because it is the district and division embracing the place where the state court action is pending (King County).  *See* 28 U.S.C. §1441(a).

3.　Dynamic purportedly was served with the Summons and Complaint on or about December 19, 20224, in the case entitled *Melanie and Matthew Nelson v. Dynamic Collectors,*

Page 1 -  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

*Inc. and Virginia Mason Franciscan Health*, in Washington Superior Court, King County. Thus, this removal is timely. A copy of the Summons and Complaint are attached as Exhibit A.

4. The undersigned counsel certifies that Defendant Virginia Mason Franciscan Health consents to and joins in this removal petition. Thus, removal is appropriate. *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009); *Wilson v. JPMorgan Chase Bank, N.A.*, Case No. 2:23-cv-00805-LK, 2023 WL 6541370, at *2, n. 3 (W.D. Wash. Oct. 6, 2023).

5. Dynamic is unaware of any further proceedings that have occurred in the state court action and, at the time this notice of removal was filed, the state court action does not appear to have been filed yet (as noted, the summons and complaint purportedly were served).

6. In filing this Notice of Removal, Dynamic does not waive any defenses or claims, including (but not limited to) any defenses based on jurisdiction, service, or statute of limitations.

DATED: January 15, 2025

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*
Timothy J. Fransen, WSBA No. 51110
tfransen@cosgravelaw.com
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant Dynamic Collectors, Inc.

Page 2 -  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** on the date indicated below by:

☐     mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐     hand delivery,

☐     facsimile transmission,

☐     overnight delivery,

☒     electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Jason D. Anderson
T. Tyler Santiago
Anderson Santiago
207B Sunset Blvd. N
Renton, WA 98057
jason@alkc.net
tyler@alkc.net

Attorneys for Plaintiffs

DATED: January 15, 2025

                                          *s/ Timothy J. Fransen*
                                          Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019