**The Honorable Jamal N. Whitehead**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE AND MATTHEW NELSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNAMIC COLLECTORS, INC. and VIRGINIA MASON FRANCISCAN HEALTH,<br><br>    Defendants. | Case No. 2:25-cv-00097-JNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STRIKE PLAINTIFFS' MOTION FOR DEFAULT**<br><br>NOTED FOR CONSIDERATION:<br>February 10, 2025 |

### JOINT STIPULATION AND [PROPOSED] ORDER

By agreement, and at the joint request of Plaintiffs Melanie and Matthew Nelson ("Plaintiffs") and Defendant Virginia Mason Franciscan Health ("VMFH"), the Court hereby ORDERS that Plaintiffs' Motion for Entry of Default is stricken. VMFH shall file a responsive pleading to Plaintiffs' Complaint by February 24, 2025. If no such responsive pleading is filed by that date, Plaintiffs may re-petition the Court for entry of default.

DATED this 11th day of February, 2025.

*/s/ Jamal W.*
The Hon. Jamal N. Whitehead

JOINT STIPULATION AND [PROPOSED] ORDER
TO STRIKE PLAINTIFFS' MOTION FOR DEFAULT - 1
Case No. 2:25-cv-00097-JNW

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

|   |   |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 10th day of February, 2025. |

RESPECTFULLY SUBMITTED this 10th day of February, 2025.

POLSINELLI PC

By: */s/ Sabrina Marquez*
   Sabrina L. Marquez, WSBA #58478
   1000 2nd Avenue, Suite 3500
   Seattle, WA 98104
   Telephone: (206) 393-5400
   Facsimile: (206) 393-5401
   Email: smarquez@polsinelli.com

*Attorneys for Defendant Virginia Mason Franciscan Health*

ANDERSON SANTIAGO, PLLC

By: */s/ Jason Anderson*
   Jason Anderson, WSBA #38014
   270B Sunset Blvd. N
   Renton, WA 98057
   Telephone: (206) 395-2665
   Email: jason@alkc.net

*Attorneys for Plaintiffs Melanie and Matthew Nelson*

JOINT STIPULATION AND [PROPOSED] ORDER
TO STRIKE PLAINTIFFS' MOTION FOR DEFAULT - 2
Case No. 2:25-cv-00097-JNW



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America and the State of Washington that on the date below, I electronically filed the foregoing **Joint Stipulation and [Proposed] Order to Strike Plaintiffs' Motion for Default** with the Clerk of the Court using the CM/ECF System, which shall send notice to the following parties of record.

> Jason D. Anderson
> Thomas Tyler Santiago
> ANDERSON SANTIAGO, PLLC
> 207 Sunset Blvd. N, Suite B
> Renton, WA 98057
> Telephone: (206) 395-2665
> Email: jason@alkc.net
> tyler@alkc.net
>
> *Attorneys for Plaintiffs*
>
> Timothy J. Fransen
> COSGRAVE VERGEER KESTER
> 900 SW Fifth Ave., 24th Floor
> Portland, OR 97204
> Telephone: (503) 323-9000
> Email: tfransen@cosgravelaw.com
>
> *Attorneys for Defendant Dynamic Collectors, Inc.*

DATED this 10th day of February, 2025, at Seattle, Washington.

> */s/ Sabrina Marquez*
> Sabrina L. Marquez, WSBA #58478
> POLSINELLI PC
> Email: smarquez@polsinelli.com

JOINT STIPULATION AND [PROPOSED] ORDER
TO STRIKE PLAINTIFFS' MOTION FOR DEFAULT - 3
Case No. 2:25-cv-00097-JNW



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400